## WEAVER v WOLF

Ohio Appeals, 2nd Dist, Franklin Co

No 4249. Decided Aug 2, 1934

Jones & Henderson, Columbus, for defendant in error and for the motion.

Orton A. Reid, Columbus, and Paul M. Herbert, Columbus, for plaintiff in error, and contra the motion.

## OPINION

By THE COURT

Submitted on motion of defendant in error to dismiss petition in error for failure to observe Rule VIII of the Court of Appeals.

Today we have a memo from counsel for plaintiff in error in which it is stated that the delay was occasioned because of negotiations between the parties looking toward settlement, and that brief will be filed this week.

Under these circumstances, in view of the fact that this case can not be reached for assignment and hearing until the fall session, we are of opinion that the motion should be overruled.

HORNBECK, PJ, and BARNES, J, concur.